**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00242-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MATTHEW MICHAEL VIGIL,
      a/k/a Gregory G. Vigil,
      a/k/a Gregory Gene Vigil,
      a/k/a Robert Max Vigil,

      Defendant.

## MINUTE ORDER[1]

On the oral request of defense counsel, and there being no objection by the government, the hearing on the revocation of supervised release set for April 1, 2011, is **VACATED** and is **CONTINUED** to **June 8, 2011**, at 11:00 a.m.; at which time the defendant **SHALL** appear pursuant to the summons without further notice or order.

      Dated: March 29, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.